UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE PRINCE, | ) NO. CV 08-04220 AG (SS) |
| | ) |
| Petitioner, | ) **ORDER ADOPTING FINDINGS,** |
| | ) |
| v. | ) **CONCLUSIONS, AND RECOMMENDATIONS** |
| | ) |
| TIMOTHY E. BUSBY, Acting Warden, | ) **OF UNITED STATES MAGISTRATE JUDGE** |
| | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 31, 2010

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE