# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE PRINCE, | ) NO. CV 08-04220 AG (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| TIMOTHY E. BUSBY, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 31, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE